UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| LAURA A. THOMPSON | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:18-cv-1126-LCB |
| | ) |
| GENERALI WORLDWIDE | ) |
| INSURANCE COMPANY LIMITED, | ) |
| | ) |
| Defendant. | |

## MEMORANDUM AND ORDER

On June 7, 2019, this Court granted the Defendant's motion to compel arbitration and stayed the case pending arbitration. (Doc. 19). On January 7, 2020, this Court held a status conference in which the Plaintiff informed the Court that she could not afford arbitration and wished to dismiss the case in order to appeal this Court's order compelling arbitration.

On January 8, 2020, the parties filed a joint stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. (Doc. 21). In the filing, the parties moved to lift the stay and dismiss the case with prejudice.[1] Parties may dismiss a lawsuit voluntarily by filing a stipulation of dismissal signed by all parties who have appeared, except in suits involving class or derivative actions, unincorporated

---

[1] In the same filing, the parties also stated: "In making this motion, Plaintiff expressly reserves the right to seek appeal of the Court's order of June 7, 2019 compelling arbitration." (Doc. 21).

associations, and receiverships. Fed. R. Civ. P. 41(a)(1)(A)(ii). None of these exceptions apply in this case. Because the parties have filed a joint stipulation of dismissal signed by all parties who have appeared, the case was dismissed with prejudice immediately upon filing of the stipulation. *Love v. Wal-Mart Stores, Inc.*, 865 F.3d 1322, 1325 (11th Cir. 2017) (holding that a joint stipulation of dismissal is "self-executing" and dismisses the case upon proper filing).

Accordingly, the stay in this case is **LIFTED**, and all claims embraced herein are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this file. Costs are taxed as paid.

**DONE** and **ORDERED** January 13, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE